**The below described is SIGNED.**

(ts)

**Dated: February 14, 2011**

*William J. Thurman*
**WILLIAM T. THURMAN**
**U.S. Bankruptcy Chief Judge**

_____

Richard C. Terry, USB No. 3216
TERRY, JESSOP, & BITNER
39 Exchange Place, Suite 100
Salt Lake City, Utah 84111-2705
Telephone: 801/534-0909
Facsimile: 801/534-1948
Email: richard@tjblawyers.com

Attorneys for JPMorgan Chase Bank, N.A.

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION
_____

| In re:<br><br>MICHAEL JOHN WILSON<br>LEANNA MARIE WILSON<br>                Debtors. | Bankruptcy No. 10-30441-WTT<br>Chapter 13<br>Filed Electronically<br><br>**ORDER STRIKING HEARING AND TERMINATING THE AUTOMATIC STAY** |
|---|---|

_____

JPMorgan Chase Bank, N.A. filed a Motion for Relief from the Automatic Stay, scheduled for hearing on January 24, 2011. Based upon the Declaration of Default and Application for Entry of Order Terminating the Automatic Stay on file herein, and good cause appearing,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the hearing is stricken, and that the hat the automatic stay be and the same is hereby terminated for JPMorgan Chase Bank, N.A. with respect to the debtors and the

1

**Filed: 01/19/11**

collateral securing JPMorgan Chase Bank, N.A.'s claim, more particularly described as follows: a 2003 Nissan Xterra, VIN 5N1ED28Y33C687232.

Creditor shall file an amended proof of claim with the court and the trustee, asserting any remaining claim within 120 days after surrender of the property or termination of the automatic stay, whichever occurs later. Otherwise, any remaining claim shall be disallowed. The trustee shall cease further distribution on creditor's secured claim, upon such surrender or termination of the automatic stay, whichever occurs later.

**\*\*\*END OF DOCUMENT\*\*\***
_____

CERTIFICATE OF SERVICE FOR COURT CLERK

I, Court Clerk, hereby certify that on _____, 2011, I served a copy of the foregoing ORDER TERMINATING AUTOMATIC STAY upon the following by first class mail, postage prepaid; or electronically via ECF:

| | |
|---|---|
| Michael John Wilson<br>LeAnna Marie Wilson<br>PO Box 427<br>Mona, UT 84645<br>Debtors (Via U.S. mail) | Robert S. Payne<br>921 West Center Street<br>Orem, UT 84057<br>Debtors' Attorney (Via ECF) |
| Kevin R. Anderson<br>405 South Main Street<br>Suite 600<br>Salt Lake City, UT 84111 (Via ECF) | Richard C. Terry<br>TERRY, JESSOP, & BITNER<br>Attorneys for JPMorgan Chase Bank, N.A.<br>39 Exchange Place, Suite 100<br>Salt Lake City, UT 84111 (Via ECF) |